**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01023-CV

### IN RE CHARLES A. MILLER, Relator

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02441-2014**

## ORDER
Before Justices Moseley, Fillmore, and Evans

Pursuant to the Court's opinion of this date, we **DENY** relator's petition for writ of habeas corpus. We further **DENY** relator's August 7, 2014 motion for temporary relief. We **ORDER** that relator bear the costs of this original proceeding.

/s/    JIM MOSELEY
       JUSTICE